476 A.2d 65

Com. ex rel. Meyers v. Stern, Appellant.

558

Submitted March 6, 1984. William H. Lamb, for appellant; Daniel S. Bernheim, III, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order granting new trial affirmed.